Josh H. Escovedo, State Bar No. 284506
Kavan J. Jeppson, State Bar No. 327547
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
JEscovedo@weintraub.com
KJeppson@weintraub.com

Attorneys for RISKALYZE, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tod Grubbs, | ) Case No. 2:21-cv-01884-KJM-KJN |
| Plaintiff, | ) |
| vs. | ) STIPULATION FOR EXTENSION OF TIME FOR RISKALYZE, INC. TO RESPOND TO COMPLAINT |
| RISKALYZE, INC., | ) |
| Defendant. | ) (Local Rule 144(a)) |

Plaintiff Tod Grubbs and Riskalyze, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby stipulate that Defendant's time to answer or otherwise respond to Plaintiff's complaint is extended to January 3, 2022. This extension of time is Defendant's second extension, does not alter the date of any event or any deadline already fixed by court order, and is for a date later than 28 days after Defendant's original response deadline, thereby requiring Court approval.

The parties seek this extension because they are engaged in productive settlement discussions and hope to resolve the matter without utilizing the Court's resources.

///

weintraub tobin chediak coleman grodin

/// 

1

2        IT IS SO STIPULATED.

3   Dated:  December 3, 2021                    Respectfully submitted,

4                                               **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
                                                Law Corporation
5

6                                               By:___/s/ Josh H. Escovedo_____
                                                      Josh H. Escovedo
7                                                     State Bar No. 284506

8                                               Attorneys for Defendant Riskalyze, Inc.

9   Dated:  December 3, 2021                    Respectfully submitted,
10
                                                **SANDERS LAW GROUP**
11

12

13                                              By:___/s/ Craig B. Sanders_____
                                                      Craig B. Sanders
14                                                    State Bar No. 284397

15                                              Attorneys for Plaintiff Tod Grubbs

16

17

18

19

20

21

22

23

24

25

26

27

28

weintraub tobin chediak coleman grodin

# **ORDER**

Based on the Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that Defendant's time to answer or otherwise respond to Plaintiff's complaint is extended to January 3, 2022.

IT IS SO ORDERED.

DATED:  December 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation for Extension of Time to Respond to
Plaintiff's Complaint

weintraub **tobin** chediak coleman grodin