Josh H. Escovedo, State Bar No. 284506
Kavan J. Jeppson, State Bar No. 327547
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
JEscovedo@weintraub.com
KJeppson@weintraub.com

Attorneys for RISKALYZE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Tod Grubbs, | ) Case No. 2:21-cv-01884-KJM-KJN |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT |
| RISKALYZE, INC., | ) (Local Rule 144(a)) |
| Defendant. | ) |

Plaintiff Tod Grubbs and Defendant Riskalyze, Inc., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 144(a), hereby submit this stipulation to allow Plaintiff to file a First Amended Complaint.

On December 21, 2021, Plaintiff and Defendant, by and through their undersigned counsel, met and conferred and agreed that Plaintiff would file a First Amended Complaint in this matter to change the Plaintiff from Tod Grubbs to Bee Creek Photography.

Now, wherefore, it is hereby stipulated and agreed, by and among Plaintiff and Defendant, through their undersigned counsel of record, subject to the approval of the Court, that Plaintiff may file a First Amended Complaint, Defendant waives personal service, and that Defendant's Answer to the First Amended Complaint shall be due 21 days after the filing date of the First Amended Complaint.

1    IT IS SO STIPULATED.

2    Dated:  January 7, 2021                    Respectfully submitted,

3                                               **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
                                                Law Corporation
4

5                                               By:    /s/ Josh H. Escovedo
                                                       Josh H. Escovedo
6                                                      State Bar No. 284506

7                                               Attorneys for Defendant Riskalyze, Inc.

8    Dated:  January 7, 2021                    Respectfully submitted,

9                                               **SANDERS LAW GROUP**
10

11

12                                              By:    /s/ Craig B. Sanders
                                                       Craig B. Sanders
13                                                     State Bar No. 284397

14                                              Attorneys for Plaintiff Tod Grubbs

## ORDER APPROVING STIPULATION

In light of the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff is granted leave to file a First Amended Complaint by February 7, 2022.

DATED:  January 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE